ers to ascertain the damage caused by the construction of certain dams and reservoirs in the county of Orange. Action by the city of Middletown against Theodore Bennett and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of acquiring title by the city of New York to certain lands and premises situated on the westerly line of White street, the southerly line of McKibbin street, and the northerly line of Siegel street, in the borough of Brooklyn, duly selected as a public playground according to law. Matter referred to Sanders Shanks, Esq., for report, with his opinion.

---

CLARK, Appellant, v. BOWERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Milton Clark against Henry C. Bowers.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. KRUSE, J., not voting.

---

CLARK, Respondent, v. SHAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by George W. Clark against Edward Shay and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence.

WILLIAMS, J., votes for reversal on the ground that the damages are excessive. SPRING, J., votes for affirmance.

---

CLEEVE, Appellant, v. FISCHER-HANSEN, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Henry F. Cleeve against Carl Fischer-Hansen. L. C. Ferguson, for appellant. M. D. Steuer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re COHEN. (Supreme Court, Appellate Division, First Department. November, 1906.) In the matter of Nathaniel Cohen. Opinion by O'BRIEN, P. J.* Application dismissed.

---

COLNON, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Aaron J. Colnon against Daniel Buckley and others. No opinion. Motion denied, with $10 costs.

---

COLT, Plaintiff, v. O'CONNOR et al., Defendants. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action

*Opinion withheld from publication by direction of the court.

by Flora A. Colt against Cornelius O'Connor, individually, etc., and others. No opinion. Motion for stay denied, with costs.

---

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by the commissioner of public charities of the city of New York, on the complaint of Margaret Prendergast, against William H. Farley. No opinion. Order of filiation affirmed, without costs.

---

CONNELL, Appellant, v. BRINCKERHOFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Nora A. Connell against Joseph D. Brinckerhoff and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Margaret A. Connell v. New York, Ontario & Western Railway Company (decided April 19, 1907) infra.

---

CONNELL, Appellant, v. BRINCKERHOFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Margaret A. Connell against Joseph D. Brinckerhoff and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Margaret A. Connell v. New York, Ontario & Western Railway Company (decided April 19, 1907) infra.

---

CONNELL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Margaret A. Connell against the New York, Ontario & Western Railway Company. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted to change the place of trial from the county of Kings to the county of Orange, with $10 costs to abide the event.

---

CONNELL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Nora A. Connell against the New York, Ontario & Western Railway Company. No opinion. Order reversed on argument, and motion granted, without costs.

---

CONNOR, Respondent, v. HARRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Cora Stryker Connor against Burt Harry.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

---

In re COOL. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) In the matter of the application of James W. Cool for admission to the bar. Application granted.